# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| HASAN BAYADI, | ) | Civil Action No. 7:16cv00364 |
|     Plaintiff, | ) | |
| | ) | MEMORANDUM OPINION |
| v. | ) | |
| | ) | By: Norman K. Moon |
| MS. OSBORNE, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

By order entered August 17, 2016, the court conditionally filed this action and directed Bayadi to consent to withholding of the filing fees from his prison account before the court would proceed with his complaint filed pursuant to 42 U.S.C. § 1983. The court advised Bayadi that failure to comply with the court's order within twenty days would result in dismissal of his complaint without prejudice. Bayadi did not respond to the court's order. Inasmuch as the time to respond has passed and Bayadi has failed to comply with the court's order, I will dismiss this action without prejudice.

    **ENTER**: This 20th day of September, 2016.

 

                                                  /s/ Norman K. Moon
                                                  NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE